THE HONORABLE KAREN L. STROMBOM

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| TING KRAY; SAMAUN SRIP; and SAP KRAY,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE CITY OF TACOMA; THE TACOMA POLICE DEPARTMENT; PHILIP ARREOLA; and JOHN DOE NOS. 1-25,<br><br>          Defendants. | NO.  C97-5582 KLS<br><br>STIPULATION AND ORDER OF DISMISSAL RE: PLAINTIFF TING KRAY'S STATE CLAIMS |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED TO by and between the

parties  that plaintiff TING KRAY'S state law claim of outrage, as identified in

paragraph 4.4 of plaintiffs' Complaint for Violation of Civil Rights (Dkt. 1), should

be dismissed, in its entirety and with prejudice.

DATED this _____ day of May, 2012.

ELIZABETH A. PAULI, City Attorney


By:     _____

          JEAN HOMAN
          WSB #27084
          Deputy City Attorney
          Attorney for Defendants

MACDONALD, HOAGUE & BAYLESS


By:     /s Timothy K. Ford (per authorization)
          TIMOTHY K. FORD
          WSBA #5986

## ORDER

THIS MATTER having come before the above-entitled Court based upon

the stipulation of the parties, and the Court being fully advised in the premises,

now, therefore, it is hereby

ORDERED that plaintiff TING KRAY'S state law claim of outrage, as

identified in paragraph 4.4 of plaintiffs' Complaint for Violation of Civil Rights

(Dkt. 1), is dismissed with prejudice.

DATED this 18th day of May, 2012.

_____
Karen L. Strombom
United States Magistrate Judge

Presented by:

ELIZABETH A. PAULI, City Attorney

By:     _____
        JEAN HOMAN
        WSB #27084
        Deputy City Attorney
        Attorney for Defendants

Approved as to Form:

MACDONALD, HOAGUE & BAYLESS

By:     /s Timothy K. Ford (per authorization)
        TIMOTHY K. FORD
        WSBA #5986

### CERTIFICATE OF SERVICE

        I hereby certify that on_____, I electronically filed,
through my staff, the foregoing with the Clerk of the Court using the CM/ECF
system which will send notification of such filing to Timothy K. Ford, attorney for
plaintiffs.

                        _____
                        JEAN P. HOMAN
                        WSBA#27084
                        Attorney for Def. City of Tacoma
                        Tacoma City Attorney's Office
                        747 Market Street, Suite 1120
                        Tacoma, WA  98402
                        (253) 591-5885
                        Fax:  (253) 591-5755
                        jhoman@ci.tacoma.wa.us