UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TING KRAY; SAMAUN SRIP; and SAP KRAY,<br><br>           Plaintiffs,<br><br>   v.<br><br>THE CITY OF TACOMA; THE TACOMA POLICE DEPARTMENT; PHILIP ARREOLA; and JOHN DOE NOS. 1-25,<br><br>           Defendants. | CASE NO. C97-5582 KLS<br><br>ORDER GRANTING MOTION TO DISMISS SAMAUN SRIP'S CLAIMS |

    At the request of the undersigned, the Defendants' filed a motion to dismiss Samaun Srip's claims. ECF No. 116. Ms. Srip's attorney was granted permission to withdraw due to the fact that he had not had contact with his client for some time. By minute order, the Court directed Ms. Srip to advise the court, no later than March 18, 2003, of her intent to retain new counsel or proceed pro se. Ms. Srip did not respond to the minute order, has not had any contact whatsoever with the Court nor has she made any effort to prosecute her claims.

1     For all the reasons stated above and contained in the Defendants' Motion to Dismiss, the

2 Motion to Dismiss Samaun Srip's Claims is hereby GRANTED. ECF No. 116.

3     Dated this 1st day of August, 2012.

4

5

                                        Karen L. Strombom
6                                         United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING MOTION TO DISMISS
SAMAUN SRIP'S CLAIMS- 2